**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Con-Way Transportation Services, Inc.,<br><br>　　　　Plaintiff,<br>　　vs.<br>Alliant Foodservice, Inc. et al.,<br><br>　　　　Defendants. | No. CV-07-0824-PHX-PGR<br><br>ORDER |

　　The parties having filed a Stipulation for Dismissal With Prejudice (doc. #15) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

　　IT IS ORDERED that the Clerk of the Court shall administratively terminate this action in its entirety.

　　DATED this 29th day of October, 2007.

　　　　　　　　　　　　　　　／s／ Paul G. Rosenblatt
　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　United States District Judge